**Shmuel KLEIN, Plaintiff–Appellant,**

v.

**Richard SMITH, United Parcel Service, United Parcel Service, D. Scott Davis, United Parcel Service, George Kellinger, United Parcel Service, Noramie F. Jasmin, Individually and in her Official Capacity as Mayor of Spring Valley, Officer John beltempo, Individually and in his Official Capacity as a Police Officer for the Village of Spring Valley Police Department, Paul Modica, Individually and in his Official Capacity as a Police Chief for the Village of Spring Valley Police Department, Sargeant Louis Scorziello, Individually and in his Official Capacity as an Officer of the Village of Spring Valley Police Department, Defendants–Appellees.**

No. 14–3997–cv.

United States Court of Appeals, Second Circuit.

Aug. 25, 2015.

Shmuel Klein, pro se, Spring Valley, NY, for Plaintiff–Appellant.

Brian D. Boone, Alston & Bird LLP, Charlotte, NC, for United Parcel Service, for Defendant–Appellee.

Present: GUIDO CALABRESI, CHESTER J. STRAUB and ROSEMARY S. POOLER, Circuit Judges.

## SUMMARY ORDER

Shmuel Klein, pro se, appeals from the district court's denial of his motion pursuant to Federal Rule of Civil Procedure 60(b) to reopen his case following the dismissal of his complaint for failure to serve the defendants, in violation of Federal Rule of Civil Procedure 4(m). We assume the parties' familiarity with the underlying facts, procedural history of the case, and issues on appeal. We review the denial of a Rule 60(b) motion for abuse of discretion. *See Meilleur v. Strong*, 682 F.3d 56, 64 (2d Cir.2012).

Upon review, we conclude that the district court did not exceed its allowable discretion in denying Klein's Rule 60(b) motion for the reasons stated in its well-reasoned and thorough opinion and order. We have considered all of Klein's arguments and find them to be without merit.

Accordingly, we **AFFIRM** the order of the district court.